# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2664
LT Case No. 2022-DR-000409

_____

LOUIS CARABALLO,

   Appellant,

   v.

ANDREA ROSA,

   Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Paul H. Bowen, of Paul H. Bowen, P.A., Palm Harbor,
for Appellant.

Andrea Rosa, Palm Harbor, pro se.

April 2, 2024

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____